```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 58699
    ELVIE BRANCH
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5233


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/16/2006 and was confirmed 05/01/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 07/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------
FRANCES GECKER             NOTICE ONLY      NOT FILED            .00             .00
CITIFINANCIAL MORTGAGE     CURRENT MORTG          .00            .00             .00
CITIFINANCIAL MORTGAGE     MORTGAGE ARRE      4076.63            .00         4076.63
CHASE MANHATTAN MORTGAGE   NOTICE ONLY      NOT FILED            .00             .00
CITY OF CHICAGO WATER DE   SECURED              62.31            .00           62.31
CITICORP MORTAGE           UNSECURED        NOT FILED            .00             .00
AMEREN CIPS                UNSECURED           122.19            .00          122.19
B-LINE/CINGULAR WIRELESS   UNSECURED           688.22            .00          688.22
HOLLYWOOD VIEO             UNSECURED        NOT FILED            .00             .00
HSBC BANK NEVADA NA        UNSECURED           445.25            .00          445.25
MBNA AMERICA               UNSECURED        NOT FILED            .00             .00
NICOR GAS                  UNSECURED        NOT FILED            .00             .00
PEGAGUS SATELILLE          UNSECURED        NOT FILED            .00             .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED            .00             .00
SPRINT PCS                 UNSECURED        NOT FILED            .00             .00
US CELLULAR                UNSECURED        NOT FILED            .00             .00
GLENDA J GRAY              DEBTOR ATTY       1,500.00                        1,500.00
TOM VAUGHN                 TRUSTEE                                             465.43
DEBTOR REFUND              REFUND                                               64.97

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              7,425.00

PRIORITY                                          .00
SECURED                                      4,138.94
UNSECURED                                    1,255.66
ADMINISTRATIVE                               1,500.00
TRUSTEE COMPENSATION                           465.43
DEBTOR REFUND                                   64.97

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 58699 ELVIE BRANCH
```

```
                                ---------------        ---------------
TOTALS                                 7,425.00               7,425.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 09/25/08
                              /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE